UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BLANCA GUERRERO, on behalf herself, individually,
and on of all others similarly-situated,

                                           Plaintiff,      Case No.: 17-CV-4238
                                                                              (SJF)(GRB)

     -against-

MIRACLE MILE AUTO WASH, LLC d/b/a
MANHASSET HAND WASH & DETAIL CENTER
and SCOTT "DOE",

                                           Defendants.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2018 ★
LONG ISLAND OFFICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that: that the Settlement Agreement and Limited Release in this matter having been reviewed by the Court and found to be fair and reasonable that (1) the Settlement Agreement and Limited Release, including the release of all wage and hour claims, should be and is approved; and (2) Plaintiffs' claims, which were the subject of a *bona fide* dispute, are hereby dismissed with prejudice.

FRANK & ASSOCIATES, P.C.
*ATTORNEYS FOR PLAINTIFFS*
500 bi-County Boulevard – Suite 465
Farmingdale, New York 11735
(631) 756-0400

By: _____
NEIL M. FRANK, ESQ.
MICHAEL BERGER, ESQ.

Dated: 6/18/18

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York 11747
(631) 247-0404

By: _____
JOHN J. PORTA, ESQ.
ADAM G. GUTTELL, ESQ.

Dated: 6/28/18

The Clerk of Court is directed to close this case.
SO ORDERED on this 29th day of June, 2018, at Central Islip, New York

S/ Sandra J. Feuerstein
_____
United States District Judge

4818-7374-6281, v. 1